UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  6:23-cv-1094-CEM-EJK

HOWARD COHAN,

    Plaintiff,

vs.

ORLANDO RESTAURANTS, INC.
a Foreign Profit Corporation
d/b/a TGI FRIDAYS #2633

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 16, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant to Defendant's counsel, Paige Newman, Esq., via email at paige.newman@akerman.com.

       **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**